STEVE M. DEFILIPPIS, SBN 117292
PICONE & DEFILIPPIS
625 N. First Street
San Jose, California 95112
(408) 292-0441

Attorneys for Defendant,
FERMIN DE LUNA



FILED
MAY 26 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiffs,

-vs-

FERMIN DE LUNA

    Defendants.

CASE NO. 05:06-MJ-70237

*STIPULATION & ORDER ALLOWING TRAVEL*

IT IS HEREBY STIPULATED:

1. My secretary Naomi, spoke with Mr. De Luna who advised her that she had telephoned his Pre-Trial Service Officer, Laura Weigel, to inquire as to what procedures must be taken in order to obtain permission to travel outside the Northern District of California. Ms. Weigel informed Mr. De Luna that an order would need to be signed.

2. My secretary Naomi, spoke with Ms. Weigel on Wednesday, May 24, 2006, regarding Mr. De Luna and asked if she would have any objections to Mr. De Luna traveling to Southern California on Wednesday, May 31, 2006 departing early that morning and returning the same evening for employment purposes. Mr. De Luna is also seeking an order to travel to Baja Mexico leaving at noon on May 26, 2006 and returning on Monday, May 29, 2006 at 11:00 p.m. for the

purpose of a holiday trip. Ms. Weigel informed me that she had no objection as long as an order was signed by the Honorable Magistrate Judge Patricica V. Trumbull.

Dated: 5/26/06

Respectfully submitted:

LAW OFFICES OF PICONE & DEFILIPPIS

By: /s/
STEVE M. DEFILIPPIS,
Attorney for Defendant
FERMIN DE LUNA

IT IS SO ORDERED:

Dated: 5/26/06

/s/
PATRICIA V. TRUMBALL
United States Magistrate Judge